Argued and submitted July 12, 1999, affirmed May 31, petition for review denied August 15, 2000 (330 Or 553)

In the Matter of
Richard Joe Allen Pasco, aka Richard Thomas St. Clair,
a Minor Child.

STATE ex rel JUVENILE DEPARTMENT
OF LANE COUNTY,
*Respondent,*

*v.*

RICHARD JOE ALLEN PASCO,
aka Richard Thomas St. Clair,
*Appellant.*

(97-108J-03, J-01; CA A104672)

7 P3d 537

George W. Kelly argued the cause and filed the brief for appellant.

Ann F. Kelley, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM